UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| COLLEEN LAUDAT., | ) | Case No.: |
| | ) | |
| Plaintiff, | ) | **COMPLAINT** |
| vs. | ) | |
| CENTRAL PORTFOLIO CONTROL INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | Jury Trial: ☒ Yes  ☐ No |

## INTRODUCTION

1. This is a civil action for actual, punitive, statutory damages and cost brought by Colleen Laudat hereinafter, ("Plaintiff") an individual consumer, against defendant Central Portfolio Control Inc. hereinafter ("Defendant") for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 et seq. (hereinafter "FDCPA").

## BASIS OF JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C § 1692k(d) and 28 U. S. C § 1331. Venue is proper in this judicial district pursuant to 28 U.S.C. 1391(b)(1) and 28 U.S.C. §

COMPLAINT FOR A CIVIL CASE - 1

1391(b)(2) because a substantial part of the events, omissions, or conduct giving rise to Plaintiff claim occurred in this judicial district. Defendants transact business in, Jonesboro, Georgia.

3. The Court has supplemental jurisdiction of any state law claims pursuant to 28 U.S.C. §1367.

**PARTIES**

4. Plaintiff, Colleen Laudat is a consumer as defined by 15 U.S.C. § 1692a (3), residing Orlando, FL.

5. Upon information and belief, Central Portfolio Control Inc. is a Minnesota corporation. Central Portfolio Control Inc. accepts service of process through its registered agent C T Corporation System 1200 South Pine Island Road Plantation, FL 33324.

6. Defendant is a "debt collector" as that term is defined by 15 U.S.C. § 1692a (6).

7. The acts of Defendant as described in this Complaint were performed by Defendant or on Defendant's behalf by its owners, officers, agents, and/or employees acting within the scope of their actual or apparent authority. As such, all references to "Defendants" in this Complaint shall mean Defendant or their owners, officers, agents, and/or employees.

**FACTUAL ALLEGATIONS**

8. On or about 9/28/2023, Plaintiff was notified by a family member that Defendant sent a text message communication to them alleging she owed a debt. See Exhibit A.

9. In the text message Defendant indicated that "This is a communication from a licensed Bill collector."

10. Defendants actions violated 15 U.S.C § 1692c(b) because they communicated with a third party in connection with a collection of an alleged debt.

### *Plaintiffs Damages*

11. Plaintiff's injury is "particularized" and "actual" in that the Plaintiff has suffered emotional distress, embarrassment from the Defendants unauthorized communication.

12. Plaintiff's injury is "particularized" and "actual" in that the Plaintiff as suffered loss of time into research and learning to defend against the defendant's unauthorized communication with third parties.

13. Plaintiff's injury is directly traceable to defendant's conduct because if it weren't for the defendant's conduct, Plaintiff would not have been deprived of her rights and would not have been subject to the emotional distress, anxiety, worry, and embarrassment caused by the defendant actions.

14. Plaintiff justifiably fears that, absent this court's intervention, defendants will continue to use abusive, deceptive, unfair, and unlawful means in its attempts to collect alleged debts.

15. The deprivation of Plaintiff's rights will be redressed by a favorable decision herein.

16. A favorable decision herein would redress Plaintiff's injury with money damages.

17. A favorable decision herein would serve to deter Defendants from further similar conduct.

### COUNT 1 VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT 15 U.S.C § 1692c(b) DEFENDANT CENTRAL PORTFOLIO CONTROL INC.

18. All preceding paragraphs are realleged.

19. Defendant actions violated 15 U.S.C § 1692c(b). Communication in connection with debt collection.

20. The Defendant without prior consent from the Plaintiff or expressed permission from a court communicated with a third party in connection with an alleged debt by sending a text message to the Plaintiffs family member.

21. As a result of the Defendant actions the Plaintiff has suffered emotional distress, anxiety, loss of time, headaches, and embarrassment.

22. As a result of Defendants violations of the Fair Debt Collection Practices Act the Defendant is liable for damages under 15 U.S.C § 1692k.

COMPLAINT FOR A CIVIL CASE - 4

### **JURY DEMAND AND PRAYER FOR RELIEF**

Wherefore, Plaintiff Colleen Laudat, respectfully demands a jury trial and request that judgment be entered in favor or the Plaintiff against the Defendants for:

(a) Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

(b) Damages pursuant to 15 U.S.C § 1692k(a)(1) and 15 U.S.C § 1692k(a)(2)(A).

Date: 10/4/2023

/S/ Colleen Laudat
Colleen Laudat
[4607 Westgrove Way]
[Colleenlaudat407@hotmail]
[3217322867]